JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JEREMY HOLLAND,
Plaintiff,
v.
CANCILLA PROPERTIES *et al.*,
Defendants.

Case No. 8:25-cv-02363-CV (ADSx)

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

**[DOC. # 22]**

On August 13, 2026, plaintiff Jeremy Holland ("Plaintiff") and defendant Cancilla Properties, Inc. ("Defendant," and with Plaintiff, the "Parties") filed a Joint Stipulation for Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Doc. # 22 ("Stipulation").

The Court, having considered the Parties' Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows: the entire action is DISMISSED WITH PREJUDICE. All other pending matters are hereby TERMINATED. The Clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: 8/25/26

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE